## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FANTASIA WALKER**                                                        **PLAINTIFF**

**v.**                              **CASE NO. 4:19-CV-00425-BSM**

**USABLE MUTUAL INSURANCE COMPANY,** *et al.*                   **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 22] and Federal Rule of Civil Procedure 41(a)(1), this case is dismissed with prejudice, with each party bearing its own costs, except as otherwise agreed.

IT IS SO ORDERED this 6th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE