IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FANTASIA WALKER**                                                                                    **PLAINTIFF**

**v.**                                   **CASE NO. 4:19-CV-00425-BSM**

**USABLE MUTUAL INSURANCE COMPANY,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE